## Commonwealth *v.* Nock, Appellant.

Argued June 13, 1975. *David Freeman*, for appellant; *William Richardson*, *Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.